UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma

**FILED**
Jan. 23, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In Re:
C M Heavy Machinery, LLC
Debtor(s)

Case No.: 24–80617
Chapter: 7

Kelley G Loud, Trustee

Plaintiff(s)

vs

Adv. No.: 25–08018
Judge: Paul R Thomas

Clint Meadors

Defendant(s)

Please be advised that the clerk's office could not notice and/or serve United States Trustee OKC regarding Entry of Default due to insufficient address notification by the U.S. Postal Service. This notification is being sent for appropriate processing as your office may determine. (Foshee, Amanda)

Dated: January 23, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**