# Notice Recipients

District/Off: 1086–7    User: admin    Date Created: 1/23/2026
Case: 25–08018    Form ID: AdmClkAP    Total: 4

**Recipients of Notice of Electronic Filing:**
pla    Kelley G Loud, Trustee    kloudtrustee@titushillis.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| ust | Office of the United States Trustee | Office of the AUST, Karen Walsh | PO Box 3044 | Tulsa, OK 74101 | |
| ust | United States Trustee OKC | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 | |

TOTAL: 3